UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                                       No.  13-CR-271-LTS

ANTHONY ROSARIO GARCIA,

        Defendant.

-------------------------------------------------------------x

<u>Scheduling Order</u>

The violation of supervised release conference in this case is scheduled to proceed on May 1, 2023, at 2:30 p.m., in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least one business day in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York
       April 17, 2023

                                                                /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               Chief United States District Judge